**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 16-57845 JEH | | **Trustee:** | Larry J. McClatchey |
| **Case Name:** | Kent C Rigsby | | **Filed (f) or Converted (c):** | 12/09/16 (f) |
| | | | **§341(a) Meeting Date:** | 01/06/17 |
| **Period Ending:** | 01/19/17 | | **Claims Bar Date:** | |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 2791 Leeds Rd. Columbus OH 43221-0000 Franklin county | 645,611.00 | 0.00 | | 0.00 | FA |
| 2 | Mini Cooper 2005 75,000 miles | 3,060.00 | 1,811.00 | | 0.00 | 3,060.00 |
| 3 | Volkswagen Golf 2011 58,000 miles (see footnote) | 8,540.00 | 4,765.00 | | 0.00 | 8,540.00 |
| 4 | Household goods and furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics (TVs, etc) | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Artwork (paintings, photographs) | 16,850.00 | 16,850.00 | | 0.00 | 16,850.00 |
| 7 | Skis | 300.00 | 0.00 | | 0.00 | FA |
| 8 | 2 Bikes | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing | 750.00 | 0.00 | | 0.00 | FA |
| 10 | 2 watches, Wedding band | 1,200.00 | 0.00 | | 0.00 | FA |
| 11 | 1 dog, 2 cats | Unknown | 0.00 | | 0.00 | FA |
| 12 | Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 13 | Money Market: Huntington | 0.02 | 0.02 | | 0.00 | FA |
| 14 | Tasi LLC | Unknown | 0.00 | | 0.00 | FA |
| 15 | Rigsby/Radcliffe LLC | Unknown | 0.00 | | 0.00 | FA |
| 16 | Rigsby Fourth and Main LLC (never operated) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | The Gallery LLC (no longer operating) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Rigsby's Incorporated (General partner of KCR Limited Partnership; FDBA Rigsby's Cuisine, Rigsby's Kitchen) No longer operating | Unknown | 0.00 | | 0.00 | FA |
| 19 | 2014 tax refund (joint refund with non-filing spouse) | 16,188.00 | 16,188.00 | | 0.00 | 16,188.00 |

**FORM 1**

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case Number:** | 16-57845 JEH | **Trustee:** | Larry J. McClatchey |
|---|---|---|---|
| **Case Name:** | Kent C Rigsby | **Filed (f) or Converted (c):** | 12/09/16 (f) |
| | | **§341(a) Meeting Date:** | 01/06/17 |
| **Period Ending:** | 01/19/17 | **Claims Bar Date:** | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | Northwestern Mutual, Whole Life Policy (current value is net surrender value) (see footnote) | 37,998.00 | 0.00 | | 0.00 | FA |
| 21 | Possible participation in Volkswagen Class Action | Unknown | Unknown | | 0.00 | Unknown |
| 22 | Checking: Huntington | 1,175.00 | 0.00 | | 0.00 | FA |
| 23 | 2016 Tax Refunds (u) | 0.00 | 5,000.00 | | 0.00 | 5,000.00 |
| **TOTALS** (Excluding Unknown Values) | | **$738,522.02** | **$44,614.02** | | **$0.00** | **$49,638.00** |

Regarding Property #3    Good Condition
Regarding Property #20    Children/spouse are beneficiaries

**Major activities affecting case closing:**
REPORT NO. 1:  Trustee is seeking turnover of tax refund checks and investigating equity in vehicles and artwork, preference payments and class action matter.

**Initial Projected Date of Final Report (TFR):**  December 31, 2017        **Current Projected Date of Final Report (TFR):**  December 31, 2017

| January 19, 2017 | /s/ Larry J. McClatchey |
|---|---|
| Date | Larry J. McClatchey |